NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1082

SYSTEM GENERAL CORP.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

POWER INTEGRATIONS, INC.,

Intervenor.

J. Michael Jakes, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., of Washington, D.C., argued for appellant. On the brief was Elizabeth A. Niemeyer.

Michelle Walters, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With her on the brief were James M. Lyons, General Counsel, and Wayne W. Herrington, Assistant General Counsel.

Howard G. Pollack, Fish & Richardson P.C. , of Redwood City, California, argued for intervenor. With him on the brief were Michael R. Headley, and Frank E. Scherkenbach, of Boston, Massachusetts. Of counsel were Tamara Fraizer, of Redwood City, California, and William E. Sekyi, of Washington, DC.

Appealed from: United States International Trade Commission

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1082

SYSTEM GENERAL CORP.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

POWER INTEGRATIONS, INC.,

Intervenor.

# JUDGMENT

ON APPEAL from the      United States International Trade Commission

In CASE NO(S).      337-TA-541

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:      AFFIRMED.  See Fed. Cir. R. 36

Per Curiam (NEWMAN, Circuit Judge, CLEVENGER, Senior Circuit Judge, and DYK, Circuit Judge).

ENTERED BY ORDER OF THE COURT

DATED: November 19, 2007      /s/  Jan Horbaly
Jan Horbaly, Clerk